# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** September 11, 2025

**CASE OF:** DAVID JOSEPH PITTMAN V. STATE OF FLORIDA

**DOCKET NO.:** SC2025-1320

**OPINION FILED:** September 10, 2025

## ATTENTION: ALL PUBLISHERS

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE IN THE ABOVE OPINION:**

On page 1, line 4, "fourth" was deleted before "successive."

On page 6, line 11, "amended" was added before "successive motion."

On page 6, footnote 7, "Pittman filed his first and second successive motions for postconviction relief but did not appeal their denial by the circuit court. *See id.* at 777 n.2." was changed to "We refer to Pittman's August 24, 2025, motion as his fourth successive motion for postconviction relief."

**SIGNED: OPINION CLERK**